IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONZELL ALBERT HUNTER,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-cv-2506-N (BT) |
| THE UNITED STATES OF AMERICA, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, Plaintiff's case will be dismissed with prejudice.

The Court has also considered Plaintiff's "Motion for Speedy Process." Doc. 8. To the extent this filing could be liberally construed as a motion to amend, it is **DENIED**, because the proposed amendment would be futile. *See Stripling v. Jordan Prod. Co., L.L.C.*, 234 F.3d 863, 872-73 (5th Cir. 2000). The "Motion for Speedy Process" raises the same kind of fantastic, incredible, and delusional allegations presented in the original complaint, which are frivolous and fail to state a claim as explained in the Magistrate Judge's Findings, Conclusions, and Recommendation.

SO ORDERED.

Signed September 21, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE